**Order entered December 5, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01308-CV

### IN RE MICHAEL DEWAYNE RICKETT, Relator

**Original Proceeding from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-00604-2**

## ORDER

Before the Court is relator's October 28, 2019 petition for writ of mandamus. We request that the real party in interest and respondent file their responses, if any, to the petition for writ of mandamus by **December 16, 2019**.

/s/ DAVID L. BRIDGES
   JUSTICE